1206

In the Matter of JACKSON F. SUFFOLK COUNTY DEPARTMENT OF
SOCIAL SERVICES, Respondent; GABRIEL F., Appellant.
(Proceeding No. 1.)

In the Matter of ELLA F. SUFFOLK COUNTY DEPARTMENT OF
SOCIAL SERVICES, Respondent; GABRIEL F., Appellant.
(Proceeding No. 2.)

Submitted December 15, 2014; decided February 17, 2015

On the Court's own motion, appeal dismissed, without costs,
upon the ground that no substantial constitutional question is
directly involved. Motion for leave to appeal denied.

Judges STEIN and FAHEY taking no part.

In the Matter of JEROME S. ADMINISTRATION FOR CHILDREN'S
SERVICES, Respondent; TAZINE R., Respondent. (Proceeding
No. 1.)

In the Matter of KYWAYNE F. ADMINISTRATION FOR CHILDREN'S
SERVICES, Respondent; TAZINE R., Respondent. TENNILLE
M. TATUM-EVANS, ESQ., Attorney for the Child, Nonparty
Appellant. (Proceeding No. 2.)

Submitted December 22, 2014; decided February 17, 2015

Motion for leave to appeal dismissed upon the ground that
appellant, having taken no appeal to the Appellate Division,
may not appeal to the Court of Appeals from the Appellate Division
order of affirmance.

Judges STEIN and FAHEY taking no part.

NELLA MANKO, Appellant, v DAVID A. GABAY et al., Respondents.
(And Other Actions.)

Decided February 17, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua
sponte, upon the ground that it does not lie (see NY Const, art
VI, § 3 [b]; CPLR 5601).

Judges STEIN and FAHEY taking no part.